NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CUSTOMPLAY, LLC,**
*Appellant*

**v.**

**AMAZON.COM, INC.,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-2208

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01497.

_____

**JUDGMENT**

_____

JOHN C. CAREY, Carey Rodriguez Milian Gonya, LLP, Miami, FL, argued for appellant. Also represented by

NICHOLAS J. DOYLE.

CHRISTIE R.W. MATTHAEI, Knobbe, Martens, Olson & Bear, LLP, Seattle, WA, argued for appellee. Also represented by COLIN B. HEIDEMAN; JOSEPH R. RE, Irvine, CA.

MCKAYE LEA NEUMEISTER, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BRIAN M. BOYNTON, DANIEL TENNY; KAKOLI CAPRIHAN, MAI-TRANG DUC DANG, THOMAS W. KRAUSE, MONICA BARNES LATEEF, ROBERT J. MCMANUS, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 15, 2022      /s/ Peter R. Marksteiner
       Date            Peter R. Marksteiner
                       Clerk of Court